No. 98–7179. QADIR v. SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–7180. PATTERSON v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS. C. A. 5th Cir. Certiorari denied.

No. 98–7184. TAMME v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 98–7188. TAYLOR v. JACKSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–7189. TEDDER v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 98–7190. TRIPLETT v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–7191. EDMOND v. CIRCUIT COURT OF ALABAMA, ESCAMBIA COUNTY. Sup. Ct. Ala. Certiorari denied.

No. 98–7198. DIAAB v. WHARTON. C. A. 11th Cir. Certiorari denied.

No. 98–7199. CODDINGTON v. MAKEL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–7200. ANDERSON v. REGIONAL MEDICAL CENTER AT MEMPHIS ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–7201. BEWLEY v. CITY OF DUNCAN ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–7202. SOSA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 98–7204. SHABAZZ v. LINDSEY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–7210. PRUNTY v. OHIO. C. A. 6th Cir. Certiorari denied.

No. 98–7211. CABAL v. TETRAPLASTICS, INC., ET AL. C. A. 8th Cir. Certiorari denied.